UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

BRENDA G. FIELDS,                    )
      Plaintiff,                    )
                                   )        Case No. 1:08-CV-264
v.                                   )        (MATTICE/CARTER)
                                   )
MICHAEL J. ASTRUE,                   )
Commissioner of Social Security,     )
      Defendant.                    )

<u>REPORT AND RECOMMENDATION</u>

The defendant, Michael J. Astrue, Commissioner of Social Security, by and through

William C. Killian, United States Attorney for the Eastern District of Tennessee, moves to dismiss

this case with prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure, for failure to

prosecute.

On January 27, 2009, the Court remanded this case for further administrative proceedings

within the Social Security Administration, pursuant to the sixth sentence of 42 U.S.C. 405(g). The

Administrative Law Judge (ALJ) issued a new decision which was partially favorable and which

claimant did not administratively appeal. Therefore, the ALJ's June 8, 2010, decision is the

Agency's final decision for purposes of this Court's review (Doc. 11, p. 1). An Order of May 15,

2012, allowed Plaintiff's attorney in the original administrative hearing to withdraw. The

Commissioner has contacted the Buchanan Law Firm who represented Plaintiff in the later

administrative proceeding which was partially successful (Doc. 15). After discussion with counsel

the Plaintiff decided not to further appeal the decision (Doc. 15-1). I therefore RECOMMEND[1]

---

[1]Any objections to this Report and Recommendation must be served and filed within
fourteen (14) days after service a copy of this recommended disposition on the objecting party.
Such objections must conform to the requirements of Rule 72(b) of the Federal Rules of Civil

1

the Commissioner's Motion to Dismiss (Doc. 10) be GRANTED.


S /William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE

---

Procedure.    Failure to file of objections within the time specified waives the right to appeal the District Court's order.    *Thomas v. Arn*, 474 U.S. 149, 88 L.Ed.2d 435, 106 S.Ct. 466 (1985). The district court need not provide *de novo* review where objections to this report and recommendation are frivolous, conclusive and general.    *Mira v. Marshall*, 806 F.2d 636 (6th Cir. 1986).    Only specific objections are reserved for appellate review.    *Smith v. Detroit Federation of Teachers*, 829 F.2d 1370 (6th Cir. 1987).

2