UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| BRENDA G. FIELDS, | ) |
| *Plaintiff,* | ) )  ) |
| v. | ) Case No. 1:08-cv-264 ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) Judge Mattice ) Magistrate Judge Carter ) ) |
| *Defendant.* | ) ) ) |

# ORDER

On December 3, 2012, United States Magistrate Judge William B. Carter filed his Report and Recommendation (Doc. 16) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Carter noted that this case was remanded for further administrative proceedings, which resulted in a partially favorable decision for Plaintiff. Because Plaintiff declined to pursue an appeal of the ALJ's new decision, Magistrate Judge Carter recommended that Defendant's Motion to Dismiss (Doc. 10) be granted.

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation. The Court has reviewed the Report and Recommendation as well as the record, and it agrees with Magistrate Judge Carter's well-reasoned conclusions.

Accordingly:

- The Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b);

- Defendant's Motion to Dismiss (Doc. 10) is **GRANTED**; and,

- This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 27th day of March, 2013.

    */s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE